

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER AT EL PASO, | § | No. 08-12-00373-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 327th District Court |
| | § | |
| | | of El Paso County, Texas |
| LYDIA VEGA, INDIVIDUALLY AND | § | |
| AS PERSONAL REPRESENTATIVE OF | | (TC# 2006-809) |
| THE ESTATE OF SIRIA BOJORQUEZ, | § | |
| AND ALL WRONGFUL DEATH | | |
| BENEFICIARIES AND AS NEXT | § | |
| FRIEND OF ISABEL BOJORQUEZ, | | |

Appellee.

## MEMORANDUM OPINION

Pending before the Court is an agreed motion to dismiss Appellant's appeal. TEX. R. APP. P. 42.1(a)(2). The parties represent to the Court that all matters involved in the appeal have been fully and finally compromised and settled.

We have considered the motion and conclude that the motion should be granted. We therefore set aside the trial court's order denying Appellant's plea to the jurisdiction, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). Costs on appeal shall be taxed in accordance with the parties'

agreement.   *See* TEX. R. APP. P. 42.1(d).

GUADALUPE RIVERA, Justice

April 30, 2013

Before McClure, C.J., Rivera, and Rodriguez, JJ.

2